Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ LaVaune Hutchings, Respondent, v Philip J. Hutchings, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs. Memorandum: Following the trial court's decision awarding maintenance and distributing marital property and the entry of an order thereon, defendant moved for reconsideration of the decision, reopening of the record, and resettlement of the order. Essentially, defendant asked the court to reconsider its determination and to make substantive changes in its directives. No appeal lies from the denial of a motion for reconsideration *(Rifkind v Rifkind,* 39 AD2d 561) or resettlement *(see, Cohn v Cohn,* 100 AD2d 528) or from the denial of a motion to set aside or reopen an order following a nonjury trial *(see, Leis v Estate of Morris B. Baer, Inc.,* 29 AD2d 547), and this appeal must be dismissed. (Appeal from order of Supreme Court, Monroe County, Dugan, J.— vacate prior order.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ John C. Nelson, Jr., et al., Plaintiffs, v Richard G. Garcia et al., Appellants, et al., Defendants. Richard Garcia et al., Third-Party Plaintiffs-Appellants, v Gary Tillinghast, Third-Party Defendant-Respondent, et al., Third-Party Defendants. Howard Gardner et al., Plaintiffs, v Richard G. Garcia et al., Appellants. Richard Garcia et al., Third-Party Plaintiffs-Appellants, v Gary Tillinghast, Third-Party Defendant-Respondent, et al., Third-Party Defendants. Larry C. Breweur et al., Third-Party Plaintiffs-Appellants, v Town of Holland, Third-Party Defendant, and Gary Tillinghast, Third-Party Defendant-Respondent. Raymond E. Goerss, Third-Party Plaintiff-Appellant, v Holland Volunteer Fire Department, Inc., et al., Third-Party Defendants. Gary Tillinghast, Plaintiff, v Larry C. Breweur et al., Appellants, et al., Defendants. Richard Garcia et al., Third-Party Plaintiffs-Appellants, v Town of Holland et al., Third-Party Defendants. Audrey L. Goerss et al., Plaintiffs, v Town of Holland et al., Defendants, Gary Tillinghast, Respondent, and Lend Lease Corporation et al., Appellants. Richard Garcia et al., Third-Party Plaintiffs-Appellants, v Holland Volunteer Fire Company, Inc., et al., Defendants, and Gary Tillinghast, Third-Party Defendant-Respondent. (Appeal No. 1.)—Order unanimously affirmed without costs for reasons stated at Supreme Court, Rath, J. (Appeals from order of Supreme Court, Erie County, Rath, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.